# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 20, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No.   15-1604,       <u>Makia Smith v. Baltimore City Police Dept.</u>
                     1:13-cv-01352-JFM

TO:   Zebulan Philip Snyder

FILING CORRECTION DUE:  November 25, 2015

Please make the correction identified below and file a corrected document by the date indicated.

[X ] Electronic reply brief is not text-searchable. Please refile electronic brief as a text-searchable PDF. Additionally, the paper brief has a yellow cover, which should be gray.  Please refile the paper reply brief with a gray cover.


Sharon A. Wiley, Deputy Clerk
804-916-2704